

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellants

v.

Raymond **DE LEON**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Motion for Rehearing is GRANTED. The appellant's motion for rehearing is due on October 10, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court